**Opinion issued May 4, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00227-CR

———————————

## IN RE ANDRES MUNOS-MUNOS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Andres Munos-Munos, has filed a petition for writ of mandamus, seeking an order compelling the trial court to rule on his motion to access the clerk's record and the reporter's record.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

---

[1] The underlying proceeding is *State of Texas v. Andres Munos-Munos*, cause number 1388365, in the 183rd District Court of Harris County, Texas, the Honorable Vanessa Velasquez presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

Do not publish. *See* TEX. R. APP. P. 47.2(b).